Dismissed and Opinion filed February 27, 2003









Dismissed and Opinion filed February 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00156-CV

____________

 

THE BANK OF SANTA FE, Appellant

 

V.

 

WEINGARTEN REALTY INVESTORS, Appellee

 



 

On
Appeal from the 334th District Court 

Harris
County, Texas

Trial
Court Cause No. 01-24832

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 28, 2002.

On February 21, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed February 27, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.